No. 607. JOHN D. NAGLE, COMMISSIONER OF IMMIGRA-
TION *v.* LOI HOA. November 23, 1926. Petition for a
writ of certiorari to the Circuit Court of Appeals for the
Ninth Circuit granted. *Solicitor General Mitchell* and
*Assistant Attorney General Luhring* for petitioner. No
appearance for respondent.

———

No. 608. JOHN D. NAGLE, COMMISSIONER OF IMMIGRA-
TION *v.* LAM YOUNG, FOR AND ON BEHALF OF PHUONG
CON. November 23, 1926. Petition for a writ of certio-
rari to the Circuit Court of Appeals for the Ninth Cir-
cuit granted. *Solicitor General Mitchell* and *Assistant
Attorney General Luhring* for petitioner. No appear-
ance for respondent.

———

No. 609. DANIEL V. HARKIN ET AL. *v.* EDWARD J. BRUN-
DAGE, RECEIVER, ETC., ET AL. November 23, 1926. Peti-
tion for a writ of certiorari to the Circuit Court of Appeals
for the Seventh Circuit granted. *Messrs. Lloyd C. Whit-
man* and *Bernhardt Frank* for petitioners. *Messrs Ralph
F. Potter, Édward R. Johnston,* and *Henry Jackson Darby*
for respondents.

———

No. 615. FRANK K. BOWERS, COLLECTOR OF INTERNAL
REVENUE, *v.* WALTER E. FREW, WARREN B. NASH ET AL.,
ETC. November 23, 1926. Petition for a writ of cer-
tiorari to the Circuit Court of Appeals for the Second
Circuit granted. *Solicitor General Mitchell* for petitioner.
*Messrs. Abram J. Rose, Alfred A. Petti,* and *Philip M.
Brett* for respondents.

———

No. 617. UNITED STATES SHIPPING BOARD EMERGENCY
FLEET CORPORATION *v.* ROSENBERG BROTHERS AND COM-
PANY. November 23, 1926. Petition for a writ of cer-

tiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

No. 618. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* CALIFORNIA WINE ASSOCIATION. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

No. 619. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* S. L. JONES AND COMPANY. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

No. 626. UNITED STATES *v.* DAVID R. J. ARNOLD, AS ADMINISTRATOR, ETC. November 23, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. A. W. Gregg* for the United States. *Mr. T. Ludlow Chrystie* for respondent.

No. 627. UNITED STATES *v.* GEORGE P. MILLER ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitch-*